The order under appeal is reversed and set aside.

LENTON CONSTRUCTION CO., A CORPORATION OF NEW JERSEY, PLAINTIFF APPELLANT, v. WILLIAM HILL AND AINA HILL, HIS WIFE, INDIVIDUALLY, AND AS CO-PARTNERS TRADING AS W. HILL CO., DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued March 14, 1949—Decided May 23, 1949.

Before Judges McGEEHAN, DONGES and COLIE.

*Mr. Charles Rubenstein* (*Mr. Leslie P. Glick,* on the brief) argued the cause for the plaintiff-appellant.

*Mr. L. Stanley Ford* (*Messrs. Ford & Taylor,* attorneys) argued the cause for the defendants-appellants.

PER CURIAM.  The judgment under review will be affirmed for the reasons expressed in the opinion of Judge Leyden, *ubi supra.*